# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KAY L. WADE

vs.                             NO. 5:10CV00082 SWW

ARKANSAS DEPARTMENT OF CORRECTION, ET AL

### ORDER OF DISMISSAL

The parties having entered into a confidential settlement in this matter, plaintiff has filed a motion to dismiss this action with prejudice.

IT IS THEREFORE ORDERED that the motion to dismiss [doc #13] in the above-styled case is **granted** and this action hereby is dismissed with prejudice.

DATED this 12th day of January 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE